IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DR. DESMOND HODA, D.C. | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 1:08cv1313HSO-JMR |
| | § | |
| COVENTRY HEALTH CARE, INC. | § | DEFENDANT |

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

BEFORE THE COURT is the Motion [27] of Plaintiff Dr. Desmond Hoda, D.C., to Dismiss, filed in the above captioned cause on or about March 10, 2009. Defendant Coventry Health Care, Inc., has represented by and through its counsel of record that it does not oppose this Motion. After consideration of the Motion and the record in this case, the Court finds that the Motion should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Motion [27] of Plaintiff Dr. Desmond Hoda, D.C., to Dismiss, filed in the above captioned cause on or about March 10, 2009, should be and is hereby **GRANTED**. Plaintiff's claims against Defendant Coventry Health Care, Inc., are dismissed, with prejudice.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, this civil action is dismissed, and all pending Motions are hereby **DENIED AS MOOT**.

**SO ORDERED AND ADJUDGED**, this the 11th day of March, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE