IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DR. DESMOND HODA, D.C. | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 1:08cv1313HSO-JMR |
| | § | |
| COVENTRY HEALTH CARE, INC. | § | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard on the Motion to Dismiss [27], filed by Plaintiff Dr. Desmond Hoda, D.C., on or about March 10, 2009. The Court, after consideration of the Motion and the record in this case, finds that in accord with its Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff's claims against Defendant Coventry Health Care, Inc., are, and this civil action is, hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED,** this the 11th day of March, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE